### 8034.    SEABOARD AIR-LINE RAILWAY *v.* YOUNG.

WADE, C. J. This case is controlled by the ruling in *Seaboard Air-Line Ry.* v. *Young,* ante, 291. The trial judge erred in overruling the general demurrer.

*Judgment reversed. George and Luke, JJ., concur.*

Action for damages; from McIntosh superior court—Judge Sheppard. March 25, 1916.

*Bolling Whitfield,* for plaintiff in error.

*Oliver & Oliver,* contra.